IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JULIAN RUBIO and JENNIFER RAMOS, *Individually and as Representatives of the* ESTATE OF ARMANDO W. RUBIO, DECEASED, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | |
| JONES COUNTY, TEXAS, ) ) | |
| Defendant. ) | Civil Action No. 1:21-CV-229-C |

## ORDER

The Court, having considered the Joint Notice of Settlement, filed April 21, 2023, finds that this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are **ORDERED** to file appropriate dismissal papers on or before 30 days from the date of this Order.

SO ORDERED.

Dated this 24th day of April, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE