IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JULIAN RUBIO and JENNIFER RAMOS, *Individually and as Representatives of the* ESTATE OF ARMANDO W. RUBIO, DECEASED, </br></br> Plaintiffs, </br></br> v. </br></br> JONES COUNTY, TEXAS, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:21-CV-229-C |

## ORDER

The Court, having considered the Joint Motion for Dismissal, filed February 16, 2024, finds that the Motion should be **GRANTED**. As such, the Court finds that all claims in the above-styled and -numbered civil action are **DISMISSED WITH PREJUDICE** pursuant to the terms as set forth in the Confidential Settlement Agreement and General Release and with each Party to bear its own fees and costs.

SO ORDERED.

Dated this 20th day of February, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE